# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY O'NEAL-GONZALES, et al., | **Case No. CV 06-0178 GAF (CTx)** |
| Plaintiffs, | |
| vs. | JUDGMENT IN FAVOR OF DEFENDANTS |
| CITY OF INGLEWOOD, CALIFORNIA, et al., | |
| Defendants. | |

  The Defendants' respective motions for summary judgment came on for hearing before this Court on October 20, 2008.  In issuing this judgment, the Court has considered the moving, opposition and reply papers, declarations, exhibits, pleadings on file in this action, arguments of counsel and all other matter presented to the Court.

  Based upon the Defendants' respective Statements of Uncontroverted Facts and Conclusions of Law filed herein, and Plaintiffs failure to demonstrate the existence of any genuine issue of material fact regarding any claim against Defendants which would require trial, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

1 Defendants' motions for summary judgment are GRANTED, and judgment shall be
2 entered in favor of all Defendants.
3
4 **IT IS SO ORDERED.**
5
6 DATED: December 18th, 2008
7
8 _____
9 Judge Gary Allen Feess
United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28